IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALICE JOURNET *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-4730 |
| VEHICLE VIN NO. 1GRAA06283T500670, *et al.,* | § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On November 2, 2006, the parties appeared in court and presented a proposed settlement of all claims for the court's review and approval. The court heard testimony from Deandrick Fields, the father of minor plaintiffs, Deijah Fields and Dalyah Fields, and the attorney *ad litem*, Roy A. Camberg. The court also considered the record and the proposed settlement terms. The court approved the settlement, consisting of a total payment of Two Hundred Fifty Thousand Dollars ($250,000) in full satisfaction of any and all causes of action of any plaintiff that was or could have been pleaded in this case. The court finds the settlement terms and amount fair and reasonable. The settlement is approved.

In accordance with the settlement:

the sum of $122,500 is awarded to Dalyah Fields, a minor, as directed in the Settlement Agreement and Release;

the sum of $122,500 is awarded to Deijah Fields, a minor, as directed in the Settlement Agreement and Release; and

the sum of $5,000 is awarded to Alice and Howard Journet jointly.

The attorney *ad litem*, Roy A. Camberg, investigated the facts and advised that he recommended that the court approve the settlement. The court finds that Roy A. Camberg reasonably incurred fees in the amount of $5,000 for investigating the law and facts relating to the settlement. Those fees are approved, to be paid directly by the defendants.

Court costs are taxed against the party incurring them. Because this judgment has been paid and fully satisfied, no execution will issue.

All relief not expressly granted to the plaintiffs is denied.

SIGNED on November 3, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge